## BEFORE THE THIRD DIVISION, MAY 19, 1944

**No. 49421.**—Protest 64363–K of National Carloading Corp. (New York).

Opinion by KEEFE, J.  In view of the testimony of the importer and an analysis of the merchandise, which established that the duralumin borings in question contained 25 percent of excessive moisture and impurities not usually found in or upon such or similar merchandise, together with the fact that the regulations of the Secretary of the Treasury have been complied with, the court held that duty was properly assessable on 39,264 pounds, rather than on 52,352 pounds.  The protest was sustained to this extent.

## BEFORE THE FIRST DIVISION, MAY 20, 1944

**No. 49422.**—Protest 99360–K of Sprouse-Reitz Co., Inc. (Los Angeles).

Opinion by OLIVER, P. J.  In accordance with stipulation of counsel that the banks in question are the same in all material respects as those the subject of Abstract 48518, the protest was sustained to this extent.

**No. 49423.**—Protests 7745–K, etc., of Marks & Rosenfeld, Inc. (New York).

Opinion by OLIVER, P. J.  In accordance with stipulation of counsel that the merchandise consists of glass candlesticks not designed for electrical illumination and that they are similar in all material respects to those the subject of *Marks* v. *United States* (11 Cust. Ct. 66, C. D. 795) the protests were sustained to this extent.

**No. 49424.**—Protests 65989–K–90529, etc., of J. E. Bernard & Co., Inc. (Chicago).

Opinion by OLIVER, P. J.  It was stipulated that the merchandise in question consists of lens blanks similar to those involved in Abstract 48016.  In accordance therewith the claim at 40 percent under paragraph 226 was sustained.

**No. 49425.**—Protest 52588–K of Butler Bros. (San Francisco).

Opinion by OLIVER, P. J.  At the hearing a buyer for the plaintiff testified that the harmonicas in question, consisting of 8 reeds or more, were the same as exhibits 1 and 2 in the decision covered by Abstract 40586, which record was incorporated herein.  The protest was sustained to this extent.